IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES DALE HINDT, JR,. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1476-KAJ |
| ) | |
| DELAWARE CORRECTIONAL CENTER, ) | |
| and SUSSEX CORRECTIONAL ) | |
| INSTITUTION, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 13, 2004, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to file a certified copy of this prison trust account statement (D.I. 4);

WHEREAS, on January 14, 2005, this Court entered and order assessing $12.00 as an initial partial filing fee, and requiring the plaintiff to complete and return an authorization form (D.I. 6);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been

received from the plaintiff;

THEREFORE, at Wilmington this __11th__ day of ___March___, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge